# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TONY M. RUIZ,
ADC #157474

DOE                                                                                    PLAINTIFFS

V.                          CASE NO. 4:20-CV-1113-SWW-BD

L. DAVIS, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere to dismiss some of the claims in this lawsuit. The parties have not filed objections. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff John Doe is DISMISSED, without prejudice. Claims against Defendant Clark are DISMISSED, without prejudice, and Defendant Clark is DISMISSED from this lawsuit. To the extent Mr. Ruiz claims that his due process rights were violated, those claims are also DISMISSED, without prejudice.

IT IS SO ORDERED, this 8th day of December, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE