IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY M. RUIZ,
ADC #157474                                                                                               PLAINTIFF

V.                               CASE NO. 4:20-CV-1113-SWW-BD

LEMARCUS DAVIS, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge Beth Deere to grant Defendant Stewart's motion for summary judgment. The parties have not filed objections to the Recommendation.

After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Defendant Stewart's motion for summary judgment (Doc. No. 22) is GRANTED. Claims against Defendant Stewart are DISMISSED, without prejudice.

IT IS SO ORDERED, this 16th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE