# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TONY M. RUIZ**                                                       **PLAINTIFF**

**V.**                  **NO. 4:20-cv-01113-SWW-ERE**

**LEMARCUS DAVIS**                                            **DEFENDANT**

## RECOMMENDED DISPOSITION

### I. Procedures for Filing Objections

This Recommendation for dismissal has been sent to Judge Susan Webber Wright. Any party may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.

### II. Discussion

On May 26, 2021, Plaintiff Tony M. Ruiz filed a notice of his change of address following his release from prison. *Doc. 51*. On May 28, 2021, the Court ordered Mr. Ruiz to submit a completed non-prisoner *in forma pauperis* (IFP) application within 30 days. *Doc. 52*. To date, he has failed to comply with the Court's

May 28, 2021 Order, and the time for doing so has passed.

The Court specifically cautioned Mr. Ruiz that his claims could be dismissed if he failed to comply with the Court's Order. *Docs. 3 & 52.*

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Tony M. Ruiz's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 28, 2021 Order. *See* Local Rule 5.5(c)(2).

2. Defendant Davis' motion for judgment on the pleadings (*Doc. 47*) be DENIED, as moot.

DATED this 29th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE