# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TONY M. RUIZ                                                                                      PLAINTIFF

V.                                      No. 4:20CV01113-SWW

LEMARCUS DAVIS, Captain,
Maximum Security Unit, ADC                                                          DEFENDANT

## ORDER

The recommended disposition (*Doc. 58*) submitted by United States Magistrate Judge Edie R. Ervin has been reviewed. No objections were filed. After careful consideration, the recommended disposition is adopted in its entirety.

IT IS THEREFORE ORDERED that Ruiz's claims against Defendant Davis are DISMISSED WITHOUT PREJUDICE based on his failure to comply with the Court's May 28, 2021 Order. Defendant Davis' motion for judgment on the pleadings (*Doc. 47*) is denied as moot. Pursuant to the judgment entered together with this order, this action is dismissed in its entirety.

IT IS SO ORDERED this 2nd day of August, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE