# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TONY M. RUIZ                                                                                      PLAINTIFF

V.            No. 4:20CV01113-SWW

LEMARCUS DAVIS, Captain,
Maximum Security Unit, ADC                                                               DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

Dated this 2nd day of August, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE